IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **KENCIA HARRIS,** <br><br> **v.** <br><br> **MILLER'S ALE HOUSE, INC., ET AL.** | **CIVIL ACTION** <br><br> **NO. 23-03349** |
|---|---|

## ORDER

**AND NOW** this 13th day of November, 2023, for the reasons stated in the foregoing memorandum, motion to remand to state court is **GRANTED**.

BY THE COURT:

s/ Michael M. Baylson

_____

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 23\23-3349 Harris v. Miller's Ale House\23cv3349 Order denying Motion to REmand.docx